Argued June 5; affirmed June 30, 1931.

LONGDEN *v.* SOUTHERN OREGON STAGES

(1 P. (2d) 596)

*Alva W. Person, Jr.,* of Portland (Allan A. Bynon, of Portland, on the brief), for appellant.

*John Irwin,* of Klamath Falls (Oneill & Irwin, of Klamath Falls, on the brief), for respondent.

BEAN, C. J. This a companion case to that of *Mansfield v. Southern Oregon Stages,* ante, p. 669, in which an opinion has been this day rendered. The cause of action arises out of the same accident. The questions involved herein are like those in the Mansfield case, except that A. J. Mansfield, as a witness, testified as to the occurrence and the locality and various points involved in the accident prior to the introduction of the map referred to in the Mansfield case. The case is governed by the opinion in the Mansfield case.

Finding no reversible error in the record, the judgment of the circuit court is affirmed.

RAND and KELLY, JJ., concur.

ROSSMAN, J., dissents.